# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

### Petition for Arrest Warrant for Offender Under Supervision

**Name of Offender**  
Lance Green

**Docket Number**  
0971 4:12CR00407-003 CW

**Name of Sentencing Judge:**   The Honorable Claudia Wilken  
Senior United States District Judge

**Date of Original Sentence:**   April 1, 2013

**Original Offense:** Count Two: Conspiracy to Commit Robbery Affecting Interstate Commerce, 18 U.S.C. § 1951(a), a Class C felony. Count Three: Possession of a Firearm During and in Relation to and in Furtherance of a Crime of Violence and Drug Trafficking Crime, 18 U.S.C. § 924(c )(1)(A)(I), a Class A felony.

**Original Sentence:** 78 months custody. This consists of 18 months on Count Two and 60 months on Count Three, to be served consecutively; 5 years supervised release. Three years on Count Two and Five years on Count Three, all terms to run consecutively.
**Special Conditions:** Drug treatment and testing; mental health treatment; no alcohol; special assessment $200; expanded search; no contact with co-defendant, namely Jarvis Toussaint, Kieron Carr, Delvon Smith, Oscar Vilanova and Gilbert Perez; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; and DNA collection.

**Prior Form(s) 12:** None

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Leah Paisner

**Date Supervision Commenced**  
August 3, 2018  
**Defense Counsel**  
Paul DeMeester (Appointed)

### Petitioning the Court for the issuance of a no bail warrant for Green's arrest.

I, Lavonne Marzett, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or

RE:   Green, Lance                                                                                                                2
         0971 4:12CR00407-003 CW

electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe Green violated the mandatory condition which states that he shall not commit another federal, state or local crime. |
| | On October 21, 2019, Green committed the following offenses: Carrying a Concealed Weapon, in violation of Code PC 25400(A)(1); Felon in Possession of a Firearm, in violation of 29800(A)(1), Carrying a loaded Firearm, in violation of 25850(C)(6) and, Driving Under the Influence of Alcohol in violation of Vehicle Code 23152. On this same date, he was arrested by California Highway Patrol. |
| | This charge is evidenced by California Highway Patrol Report number JL49379. |

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe Green violated the mandatory condition which states that shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | As noted in Charge One, on October 21, 2019, Green was in possession of a firearm.  He was arrested by California Highway Patrol on October 21, 2019. |
| | This charge is evidenced by California Highway Patrol Report number JL49379. |

| Charge Number | Violation |
|---|---|
| Three | There is probable cause to believe Green violated special condition number two which states that he shall abstain from the use of all alcoholic beverages. |
| | As note in Charge One, on October 21, 2019, Green was arrested while under the influence of alcohol. |
| | This charge is evidenced by California Highway Patrol Report number JL49379. |

Based on the foregoing, there is probable cause to believe that Lance Green violated the conditions of his Supervised Release.  Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                                         Reviewed by:

**RE:**   Green, Lance                                                                                                          3
           0971 4:12CR00407-003 CW

_____*Lavonne Marzett*_____          _____*Michael J. Primeau*_____
Lavonne Marzett                                              Michael J. Primeau
U.S Probation Officer                                        Supervisory U.S. Probation Officer
Date Signed: October 24, 2019

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☑   The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on November 4, 2019 at 10:30 am.

☐   Other:

October 25, 2019                                             _____*Claudia Wilken*_____
_____          _____
Date                                                                  Claudia Wilken
                                                                          Senior United States District Judge

NDC-SUPV-FORM 12C(2)  4/6/2015

**RE:** Green, Lance 4
0971 4:12CR00407-003 CW

APPENDIX

Grade of Violations: B

Criminal History at time of sentencing: IV

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Count Two<br>2 years<br>18 U.S.C. § 3583(e)(3) | Count Two<br>12-18 months<br>USSG §7B1.4(a) |
|  | Count Three<br>5 years<br>18 U.S.C. § 3583(e)(3) | Count Three<br>12-18 months<br>USSG §7B1.4(a) |
| **Supervised Release:** | Count Two<br>3 years minus custody time imposed<br>18 U.S.C. § 3583(h) | Count Two<br>3 years minus custody time imposed<br>USSG §7B1.3(g)(2) |
|  | Count Three<br>5 years minus custody time imposed<br>18 U.S.C. § 3583(h) | Count Three<br>5 years minus custody time imposed<br>USSG §7B1.3(g)(2) |
| **Probation:** | Not authorized | Not authorized |